# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2006

129996

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ABBAS ABDOUSH,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129996
COA: 256015
Wayne CC: 98-004881

On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

_____
Clerk